## Venesky, Appellant, *v.* Jablonski.

Argued April 15, 1970. *John R. Gavin,* with him *Edward O. Spotts,* and *Spotts,*

*Gill, Gavin & Morrow,* for appellant; *Bernard J. Mc-Auley,* with him *Wayman, Irvin, Trushel & McAuley,* for appellee.

Judgment affirmed.